**Motion Granted; Order filed June 6, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00296-CR
_____

**JOSE RAUL RIVERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Court at Law**
**Navarro County, Texas**
**Trial Court Cause No. C34495-CR**

---

## ORDER

The reporter's record in this appeal was filed March 29, 2013. Appellant filed a motion stating that the record in incomplete in that hearings that were held December 17, 2012 and February 13, 2013 have been omitted from the record on appeal. Appellant asks this court to order preparation of the supplemental reporter's record and extend time to file his brief. The motion is granted.

Jennifer Whitten, the official court reporter for the County Court at Law of Navarro County is ordered to file the missing portions of the reporter's record on

or before **July 1, 2013**.  If the omitted records are not available, the court reporter is directed to file written communication with this court stating that the omitted report is not available.

Appellant's brief is due 30 days from the date the supplemental reporter's record is filed.

PER CURIAM